## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Herrera v. Raoul, et al.

Case Number: No. 1:23-cv-00532

An appearance is hereby filed by the undersigned as attorney for:
Javier Herrera

Attorney name (type or print): Michael Ding

Firm: America First Legal Foundation

Street address: 300 Independence Avenue SE

City/State/Zip: Washington, DC 20003

Bar ID Number: IL ARDC 6312671
(See item 3 in instructions)

Telephone Number: 202-964-3721

Email Address: michael.ding@aflegal.org

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14.
I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 30, 2023

Attorney signature: S/ Michael Chao Ding
(Use electronic signature if the appearance form is filed electronically.)