**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JAVIER HERRERA, <br><br> *Plaintiff*, <br><br> v. <br><br> KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois, BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police, COOK COUNTY, a body politic and corporate, TONI PRECKWINKLE, in her official capacity County Board of Commissioners President, KIMBERLY M. FOXX, in her official capacity as Cook County State's Attorney, THOMAS J. DART, in his official capacity as Sheriff of Cook County, CITY OF CHICAGO, a body politic and corporate, DAVID O'NEAL BROWN, in his official capacity as Superintendent of Police for the Chicago Police Department, <br><br> *Defendants*. | Case No. 1:23-cv-00532 <br><br> Hon. Lindsay C. Jenkins <br><br><br> **EXHIBIT 5** <br> **NEWTON DECLARATION** |

**DECLARATION OF JOSH NEWTON**

I, Josh Newton, declare as follows:

1.      I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

2.      I am Josh Newton. Counsel for Dr. Javier Herrera, the Plaintiff in this lawsuit, asked me to offer my opinions regarding the nature and function of semiautomatic rifles and magazines and respond to opinions regarding the nature and function of semiautomatic rifles and magazines by Defendants' experts, James Yurgealitis, Ryan Busse, and Phil Andrew. This report sets forth my qualifications, opinions, the basis and reasons for those opinions, and any materials relied upon.

3. I am being compensated for my time in this case at a rate of $200 per hour. My compensation is not contingent on the substance of my opinions.

## BACKGROUND & QUALIFICATIONS

4. I am currently the Vice President of Security Operations at a firm specializing in digital identity protection for high-profile executives, athletes, and high net-worth families. My role is to oversee the firm's analysts and product development. I have worked at this firm since June 2021.

5. Before that time, I had a career in the military and as a military contractor.

6. I joined the United States Army in 2009. After attending basic training and infantry school, I was selected to join the United States Army Special Forces, commonly known as the Green Berets. I served as a Green Beret in 5th Special Forces Group from 2012 to 2016.

7. That unit's core mission is to lead indigenous populations in battle against larger and better organized military forces that are averse to the interests of the United States. As a Green Beret, I developed expertise in equipping and training these populations to fight with whatever equipment may be available. In practice, supply constraints often mean that Green Berets train and equip indigenous fighting forces with civilian-grade weapons and materiel.

8. I am proficient in advanced marksmanship and weapons maintenance for both domestic and foreign weapons platforms.

9. I developed these skills through a variety of courses during my military career. In infantry school I learned basic and advanced rifle marksmanship, which focused on the M4 rifle. In 2010, I attended the Special Forces Qualification Course, which included additional training on marksmanship and tactics for the M4, as well as squad-level machineguns. In 2014, I attended the Special Operations Target Interdiction Course where I learned the tactics, use, and maintenance of sniper weapons. In 2014, I attended the Special Forces Urban Advanced Combat Course where I learned

advanced tactics for close quarters combat and trained on rifles, machineguns, and breaching weapons specialized for that purpose.

10.     The military weapons with which I am proficient include the M4 rifle, AK-47 rifle, M9 pistol, XM2010 sniper rifle, M110 sniper rifle, M82 sniper rifle, M249 light machine gun, M240B medium machine gun, M2 heavy machine gun, MP5 submachine gun, MK19 grenade launcher, M203 grenade launcher, M320 grenade launcher, AT4 antitank weapon, and the Carl Gustaf recoilless rifle.

11.     The civilian weapons with which I am proficient include the AR-15 rifle, semiautomatic handguns including the Glock 17 and Glock 19, revolvers, hunting rifles including the Remington 700, and shotguns including the Remington Model 1100 and Remington Model 870.

12.     After leaving 5th Special Forces Group, I worked as a contractor for paramilitary operations with the Central Intelligence Agency from July 2016 to October 2020. As part of my service with the CIA, I completed additional specialized training courses in firearms use and maintenance. Between the Army and CIA, I spent roughly 30 months conducting combat operations overseas.

13.     A major part of my job in the Army and as a contractor involved training others in the proper use of firearms. That training included how to safely handle the M4, the AK-47, and other firearms, as well as marksmanship and tactics

14.     Aside from my professional experience, I have used firearms nearly my entire life. I first learned to shoot at age 7 and haven't stopped since. Although it is difficult to estimate, I have probably spent at least 3,000 hours of my life training with firearms. I have likely carried a firearm more than 1,400 days of my life.

15.     I personally own many firearms, including an AR-15 rifle, a Glock 19 handgun, a Glock 17 handgun, two Colt 1911 handguns, a Smith and Wesson .357 revolver, a Colt .44 magnum revolver, a Winchester .30-06 hunting rifle, a Remington .308 hunting rifle. a Remington Model 1100 12-shotgun, and a Remington Model 870 shotgun. Of these firearms, the AR-15, the Glock 17, and

the Glock 19 came standard with magazines that are banned under Illinois, Cook County, and Chicago law. I am unaware whether the manufacturers produce approved magazines that comply with those legal limits.

16.    My opinions offered here are to a reliable degree of certainty and based on my technical and specialized knowledge gained over the course of my weapons experience in the United States Army Special Forces, as a CIA contractor for paramilitary operations, and the decades of my life spent handling civilian and later military weapons.

17.    During the previous ten years, I have not authored any publications.

18.    During the previous four years, I have not testified as an expert at trial or by deposition.

## OPINIONS AND RESPONSES TO DEFENDANTS' EXPERTS

### I.  Semiautomatic Versus Automatic

19.    An AR-15 is a semiautomatic rifle.

20.    A rifle is a firearm designed to be held with two hands and fired from the shoulder. It gets its name from spiral grooves, called "rifling," that are cut on the inner surface of the barrel. These grooves cause the bullet to spin as it leaves the barrel, which stabilizes the bullet and increases accuracy.

21.    A semiautomatic rifle fires one shot with each pull of the trigger. The term "semiautomatic" refers to how the firearm reloads. When a shot is fired, a semiautomatic firearm uses a portion of the released energy to load a new round. But to fire the new round, the user must again pull the trigger. It fires only as often as the user pulls the trigger. In that way, a semiautomatic firearm works like a revolver. However, a revolver is not considered a semiautomatic firearm because it uses mechanical leverage to load a new round instead of energy from the previous shot.

22.    A semiautomatic firearm is different than an "automatic" firearm. An automatic firearm allows the user to fire multiple rounds of ammunition with a single pull of the trigger. Once the

first round is fired, an automatic firearm harnesses energy from that shot to continuously load *and fire* additional rounds until the user releases the trigger. Because of this continuous cycle of loading and firing, an automatic firearm is sometimes called "machine gun" or "submachine gun" depending on the type of ammunition it uses. The purpose of automatic firearms is to maximize the number of rounds that are fired in a short period of time when a high degree of accuracy is not required. For example, an infantry squad may use automatic fire to suppress an enemy position while moving closer to the target.

23.     Some firearms are capable of both semiautomatic fire and automatic fire. The M16 and M4 rifles used by the United States military have this dual capability. The Thompson Submachine Gun, or "Tommy Gun," is another example. With these firearms, the user toggles between firing modes by operating a thumb switch.

24.     An AR-15 is capable of semiautomatic fire only. Most handguns are capable of semi-automatic fire only.

## II.  Magazines and Ammunition

25.     An AR-15 rifle uses standardized magazines and common ammunition.

26.     A magazine is a mechanical device that feeds ammunition into a firearm. A magazine can hold a certain number of "rounds" of ammunition, where the number of rounds refers to the quantity of ammunition that a magazine holds.

27.     All semiautomatic firearms require a magazine to function. It is not accurate to label standard magazines as firearm "accessories," to the extent that word implies magazines are optional, because they are integral to the operating cycle of a semiautomatic firearm. The magazine holds the ammunition for the firearm. A semiautomatic firearm is not designed to allow the user to bypass the magazine and directly insert a round into the chamber.

28. Semiautomatic firearms can be designed to use either a detachable magazine or a fixed magazine, with detachable magazines being more common. A typical AR-15 rifle is designed to use and ordinarily comes standard with a 30-round detachable magazine. Many semiautomatic handguns come standard with detachable magazines that hold a certain number of rounds. My Glock 17 and Glock 19, for example, came standard with 17-round detachable magazines.

29. Compared to a fixed magazine, a detachable magazine makes it easier for the user to load and unload the firearm. For example, loading or unloading an AR-15 rifle requires two steps. To load, the user (1) attaches the magazine and (2) loads a round into the chamber by pulling and releasing the charging handle. To unload, the user (1) detaches the magazine and (2) removes the round from the chamber by pulling the charging handle. The steps to load and unload a semiautomatic handgun like the Glock 17 are similar.

30. Loading and unloading a firearm with a fixed magazine requires more steps. To load, the user opens the firearm's action—the mechanical assembly responsible for loading, firing, and extracting ammunition—to expose the fixed magazine and manually inserts each round one by one into the fixed magazine. The user then cycles the action—for example, by "pumping" a pump-action shotgun—to load a round into the chamber. To unload a firearm with a fixed magazine, the user opens the action to remove any live round from the chamber. Then, the user manually removes each round from the fixed magazine one by one by cycling the action, or else by opening the fixed magazine and dumping the rounds.

31. A fixed magazine can pose more safety risks than a detachable magazine. Because of the way a fixed magazine must be unloaded, a round can be mistakenly left inside the fixed magazine when the user thinks it is empty. Mistakes during unloading are a common reason for negligent or accidental discharges, which may cause grave injury or death.

32.     Firearms with a detachable magazine can be better suited for self-defense in the home because of how they are loaded and unloaded, as compared to firearms with fixed magazines. For example, gun owners living with children may prefer to keep their firearms unloaded until they are needed. Firearms with detachable magazines are ideal for these gun owners because they can be loaded quickly in case of emergency. By contrast, keeping firearms with fixed magazines unloaded is not practical for self-defense because they take more time and would be more difficult to load under stress. That is one advantage AR-15 rifles have for home self-defense over shotguns, which typically use fixed magazines.

33.     A semiautomatic firearm is designed to be used with the magazine that comes with it, or a replacement magazine approved by the manufacturer. Detachable magazines rely on a mechanical spring to feed ammunition into the firearm. The magazine's spring length and tension are specifically engineered to allow proper function of the firearm. The AR-15 rifle and Glock semiautomatic hand-guns use this type of magazine.

34.     Aftermarket magazines that are not specifically designed for use with a firearm may cause the firearm to malfunction. For example, it is possible to purchase 50- or 100-round magazines for an AR-15. Due to their size, these extended magazines have a different spring tension than a standard 30-round magazine. As a consequence, these magazines may not reliably feed ammunition into the AR-15. The same is true for magazines that hold less ammunition than a standard magazine.

35.     Magazines must be replaced periodically. Both the spring and the body of the magazine wear overtime. When a magazine spring wears, the tension changes and causes the firearm to mal-function. A magazine with a worn spring can be repaired by replacing the spring. But a magazine with a worn or deformed body is not serviceable and the user must replace the magazine, preferably from, or approved by, the firearm manufacturer to mitigate jamming or other possible malfunctions with non-OEM replacement magazines.

36. Firearms are often described according to the caliber of ammunition they fire. The caliber of ammunition refers to the bullet's diameter. Caliber can be expressed in metric units or standard units. For example, a 9mm handgun (pronounced "nine-millimeter"), fires a bullet that is roughly 9 millimeters in diameter. And a .45 handgun (pronounced "forty-five") fires a bullet that has roughly a 0.45-inch diameter.

37. The AR-15 is commonly classified as a .22-caliber rifle (pronounced "twenty-two"). A standard AR-15 fires .223 Remington ammunition, which has a bullet with roughly a 0.223-inch diameter.

38. Rifle ammunition will vary depending on the type of rifle and the particular use.

39. Many rifles used for deer hunting fall within the class of .30-caliber rifles (pronounced "thirty"). These rifles are more powerful than a .22-caliber rifle and fire a bullet between 0.3 and 0.399-inch in diameter. Common .30-caliber deer hunting rifles use .30-06, .308 Winchester, and .300 Winchester Magnum ammunition. It is possible to purchase an AR-15 that uses .30 caliber ammunition, but .22 caliber is standard.

40. Figure 1 shows a side-by-side comparison of the .223 Remington cartridge that is typical of AR-15 rifles, and the .30-06 cartridge that is typical of deer hunting rifles.



Figure 1 – Comparison of .30-06 (left) and .223 Remington (right).

41.     The United States military uses 5.56mm ammunition for several standard weapons, including the M16 and M4.  The bullet diameter for 5.56mm and .223 Remington is roughly the same. (5.56 millimeters equals 0.219 inches.) And some AR-15s can fire 5.56mm ammunition. But 5.56mm ammunition is heavier and has higher pressure when fired, allowing the bullet to travel faster and farther while maintaining accuracy. Special operations units in the United States military have begun moving away from using 5.56mm ammunition for close-range combat operations. A combination of that cartridge's speed and small size makes it less effective to disable or kill an enemy combatant. For that reason, there are special operations units now using rifles that fire .300 Blackout or .308 Winchester ammunition, which fire a larger, slower bullet in the .30-caliber class of ammunition.

42.     The .223 Remington ammunition that is used in AR-15 rifles is a centerfire cartridge.

43.     Centerfire ammunition refers to the design of the cartridge. It contains a primer in the center-rear of the cartridge. Pulling the trigger of a firearm designed to fire centerfire ammunition causes a firing pin to strike the primer, which ignites propellant inside the cartridge to expel the bullet

from the barrel. Centerfire ammunition is significantly more reliable that other ammunition types and is used in virtually all firearms designed for self-defense.

44.  Another common type of .22 caliber ammunition is the .22LR rimfire cartridge. A rimfire cartridge has primer inside the rear-rim of the cartridge. Pulling the trigger of a firearm designed to fire rimfire ammunition causes a firing pin to strike the rim of the cartridge, which compresses the primer and ignites the propellant. Rimfire ammunition is more likely to malfunction than centerfire ammunition and can be used only with low pressure rounds. For those reasons, firearms designed to fire .22LR ammunition are poorly suited for self-defense but are commonly used for target practice and hunting squirrels, rabbits, and other small game. By contrast, common deer hunting ammunition like .30-06, .308 Winchester, and .300 Winchester Magnum are all centerfire cartridges.

45.   Rifle ammunition like .223 Remington is different than handgun ammunition. Rifle ammunition generally fires a bullet that is lower caliber (smaller in diameter) than the bullet fired by handgun ammunition. Common handgun calibers include 9mm, .38 special, .40, and .45 ACP, all of which are centerfire cartridges.

46.  Automatic firearms are classified by the type of ammunition they fire. Automatic firearms that use rifle ammunition are commonly referred to as "machine guns." Automatic firearms that use pistol ammunition are commonly referred to as "submachine guns." The Thompson Submachine Gun (or "Tommy Gun"), for example, fires .45 ACP ammunition, a common centerfire pistol cartridge.

47.  All firearm ammunition is capable of producing lethal wounds. The primary determinant of whether a gunshot wound is fatal is where that shot strikes the target. Different types of ammunition produce different effects on tissue. Based on my training and other experience, I know that virtually all rifle ammunition travels at speeds that can produce cavitation (an area of damage of greater diameter than the bullet itself) in tissue upon impact. In addition, hollow point ammunition,

which is commonly used in handguns, can also produce tissue damage of greater diameter than the bullet because hollow point bullets are designed to expand upon impact.

### III. Firearm Selection for Self-defense

48.     Selecting a firearm for self-defense is a personal decision that turns on many factors, including the user's experience level and stature, the user's environment, and whether the firearm will be used for self-defense at home or self-defense in public. Accordingly, the proper firearm for self-defense is not a one-size-fits-all answer. As a general matter, the best firearm is the one with which the user is most comfortable.

49.     AR-15s, handguns, and shotguns are all good candidates for self-defense in the home. All allow greater control than continuous fire of a machinegun. As between AR-15s and handguns, handguns can be better suited for personal self-defense in public due to their size. But as between AR-15s and handguns, AR-15s can be easier to use for home self-defense because they are larger and thus easier to hold than handguns, and thus give the user greater control. The AR-15 has a longer barrel length than a handgun, which helps the user to fire more accurately, especially in a stressful situation. In addition, the user can place the front hand farther towards the muzzle, which gives the user greater control. And accessory rails on the front handgrip allow the use to mount a flashlight to facilitate self-defense in an unlit home or on unlit personal property.

50.     As between AR-15s and a bolt-action rifle or a pump-action shotgun, AR-15s are superior for home self-defense. That is because AR-15s are semiautomatic, meaning they do not require the user to manually reload after each shot while in a confrontation with an attacker. A user cannot reliably assume that a single shot will stop an attacker, or that there will be only one attacker. Having to reload a firearm in the middle of a deadly encounter exposes the user to extreme danger.

51.     Contrary to the opinions of Defendants' experts Phil Andrew (at ¶¶58-61) and James Yurgealitis (at ¶110), AR-15s are well-suited for self-defense in the home. Their opinions do not account for the fact that the United States military uses rifles—primarily the M4 rifle in semiautomatic mode—for confrontations inside dwellings. Likewise, civilians can use civilian semiautomatic rifles for confrontations inside dwellings.

52.     Magazine capacity is also an important consideration for self-defense. It would be absurd to assume that one round of ammunition is sufficient. When facing an imminent attack on one's life, an individual must be prepared to shoot until the threat is eliminated, including in situations with multiple assailants. I disagree with Defendants' expert James Yurgealitis's reliance on statistics purporting to show that "the average number of shots fired in a defensive scenario was 2.2." There is no such thing as an "average" self-defense situation. It is irrelevant whether other self-defense encounters in different circumstances were resolved with a relatively few number of shots.

53.     A firearm selected for self-defense should be used with its standard components, including a standard magazine. Using a firearm with non-standard components increases the likelihood that the firearm will malfunction. Malfunctions during hunting or sport shooting are tolerable. But a malfunction during a life-or-death situation can mean that the user, or anyone the user is defending, is killed.

54.     Shot placement is a heightened concern for home self-defense with any weapon, not just semiautomatic rifles. All ammunition, including the .223 Remington ammunition used in AR-15s or 9mm ammunition used in many handguns, can penetrate walls. The risk of overpenetration is inherent to the use of firearms inside a dwelling. This is a concern not only in homes, where loved ones or innocent bystanders may be located in adjacent rooms, but also in military operations, where friendly units may be operating in adjacent rooms of a target building. In the military, it is the responsibility of each soldier to understand where each shot will travel before taking it, whether using an M4

rifle or sidearm. The same is true for gun owners inside their own homes, and that is why sufficient training and firearms proficiency is so important.

55.     Using a firearm responsibly requires training. Training is the main factor that determines whether a user can deploy a firearm safely, not the type of firearm that is used. The same is true when defending against an armed attacker. An attacker's level of training is far more important than what firearm the attacker uses. For example, an attacker that is accurate with a handgun and makes effective use of cover can prove more dangerous than an untrained attacker with an AR-15.

56.     I disagree with several recommendations offered by Yurgealitis (¶¶102-110) for selecting a firearm for self-defense. I disagree that the AR-15's safety switch and detachable magazine make that firearm unsuitable for self-defense. A safety switch prevents accidental or negligent discharges, which can injure or kill family or bystanders. A detachable magazine allows homeowners with children to keep an AR-15 unloaded until there is a need to use it, and then quickly load the AR-15 when the need arises.

57.     I disagree that AR-15s are inferior to handguns because they require two hands to operate. I would advise against operating any firearm including handguns with one hand, especially in high-stress self-defense situations. To the contrary, two-handed operation of a firearm is best practices. Firing a gun with two hands provides greater accuracy and control. Nor do I recommend that a user attempt to dial the police or assist others while holding a weapon and engaged in a life-or-death encounter with an attacker.

58.     I also disagree that the handguns Yurgealitis recommends would necessarily be easier to operate than an AR-15 in a self-defense encounter. The pump-action shotguns he recommends would require the user to manually load each round into the fixed magazine if the user desires to keep the shotgun unloaded until the need arises. The revolvers he recommends have short barrels and small frames, which make those firearms more difficult to hold, aim, and manage recoil, especially under

stress. I also disagree that an AR-15 is particularly difficult to load. The steps for loading an AR-15 are substantially similar to the steps for loading a semiautomatic handgun. And unlike a pump-action shotgun, the AR-15's detachable magazine allows the user to store it unloaded until the need arises.

59. I also disagree that concealability should be the dominate factor for choosing a firearm to carry for self-defense. Concealability is a small, if not nonexistent, concern for self-defense in the home. But for all self-defense situations, the user's primary concern must be safety and accuracy. A smaller firearm sacrifices both, because a small firearm affords the user less grip and a shorter barrel length leaves less room for error when aiming. Only once a user is highly competent with firearms should he or she consider downsizing to a smaller firearm for concealability's sake.

60. I also disagree that a firearm user can compensate for smaller magazines with spare magazines. Yurgealitis is correct that a self-defense encounter may require the user to fire more rounds than a small magazine can hold. A user in a high-stress violent attack should mitigate the possibility that he will have to locate a spare magazine and then safely change the magazine.

## IV. AR-15 Platform and Uses

61. The AR-15 rifle is a reliable, low cost, and lightweight firearm.

62. Historically, rifles were constructed of steel and wood. Modern rifles like the AR-15 are constructed primarily of aluminum alloy and plastic. These lightweight materials make the AR-15 safer and easier to use for individuals with smaller stature, including women.

63. The letters "AR" in AR-15 refer to ArmaLite, the company that created the AR-15. The letters "AR" do not refer to "assault rifle" or "automatic rifle."

64. Every rifle can be lethal, just as every handgun can be lethal. It is difficult to reliably characterize one firearm as "more lethal" than another firearm. For example, rifles commonly used for deer hunting are more accurate, more powerful, and reach longer ranges than the standard-caliber AR-15 rifle. The force imparted by .223 Remington ammunition, which is used in standard AR-15

14

rifles, is less likely to stop a deer unless the shot strikes the animal's vital organs. In that way, someone might describe these deer-hunting rifles to be "more lethal."

65.     The AR-15's rate of fire is similar to other semiautomatic firearms, including semiautomatic handguns. The theoretical maximum rate of fire for a non-automatic firearm ultimately depends on the user and is also affected by how quickly a firearm reloads after each shot. For example, a bolt-action rifle has a relatively slow rate of fire because the user must manually cycle the action to load a new round after each shot. Semiautomatic firearms load a new round without the user's input, so the rate of fire depends only on how fast the user locates the target, aligns the sights, fires a shot, pulls the trigger, manages the recoil, and repeats that process to pull the trigger again. The rate of fire also depends on the circumstances. At a shooting range, a proficient user of an AR-15 or other semiautomatic rifle, or a semiautomatic handgun, could theoretically fire around 45 rounds per minute at a stationary target. In a real-word situation like hunting or self-defense, the rate of fire will ordinarily be slower, especially if the user is adjusting his shot for a moving target. By comparison, military-issued automatic weapons can fire hundreds of rounds per minute.

66.     Magazine capacity will modestly affect the rate of fire. If a firearms user is prepared with an additional magazine on his or her person, magazine capacity will affect the rate of fire by a few seconds. With a magazine readily available, an average user can change magazines in under three seconds, while a highly proficient user can change magazines in under one second. An evil actor intent on perpetuating a mass shooting who is a proficient firearms user can fire dozens of rounds per minute even with a smaller magazine, with only one or two seconds between magazine changes, if he has multiple spare magazines with him.

67.     The AR-15 is often referred to as a rifle "platform." The term "platform" refers to the AR-15's modular design that allows it to be adapted to a variety of uses, including hunting, land management and livestock protection, target shooting, and self-defense.

68.     For example, an AR-15's front handguard can be outfitted with accessory rails. These rails might be used for hunting. They allow attachment of a bipod to help a hunter achieve better accuracy over long distances. They can also be useful for self-defense. For self-defense use, the accessory rails allow mounting of a front hand grip to enhance the user's safety, control, and accuracy with the firearm. These rails also allow mounting of a flashlight to aid nighttime self-defense. An additional accessory rail located on the AR-15's upper receiver allows mounting of a magnified rifle scope for hunting, a holographic sight for self-defense, or other aiming devices. Adapting the rifle's aiming device to each specific use increases the firearm's safety and accuracy.

69.     The AR-15 also comes standard with a modular buttstock, at the rear of the rifle abutting the user's body. The length of the standard buttstock can be adjusted to fit the user's body type. The AR-15 also allows the user to change between different styles of buttstock according to the desired use. For example, hunting buttstocks often have an adjustable cheek rest to better align the user's eye with a magnified scope. The buttstock of an AR-15 fits over a component called a "buffer tube." A buffer tube is essential to the rifle's operation and cannot be removed without special tools. Because of the buffer tube, even an AR-15 with a buttstock that is shortened or removed will still be difficult if not impossible to conceal on one's person.

70.     An AR-15 rifle often comes equipped with a muzzle device at the end of the barrel. These muzzle devices typically serve two functions. First, they reduce the bright flash that occurs when a round is fired, which can impair the user's vision at night. Second, they channel gases from a fired round to prevent the barrel from rising after each shot, which increases accuracy. The muzzle device does not reduce the rifle's sound.

71.     An AR-15 has a vertical grip for the user's rear hand. The rear grip is commonly called a "pistol grip" because it resembles the rear portion of a pistol. A pistol grip enhances safety, control,

16

and accuracy by allowing the user to hold the rifle in a more natural position on the shoulder. It also makes it easier to reload the rifle and to clear malfunctions.

72. Some of these features are modest improvements on the design of 18th-century firearms. For example, muskets and early rifles were designed to allow the user to place his front hand underneath the barrel. The AR-15 improves on that design by including a shroud that fully encircles the barrel to make it less likely that the user's front hand will make inadvertent contact with a hot barrel. Other features of an AR-15, including the pistol grip, buttstock, and muzzle device, increase safety by making the rifle more accurate and comfortable for the user.

73. It is misleading to describe these features as having exclusively, or even predominantly, a military purpose. Improvements that make semiautomatic rifles more effective for military use also make them more effective for hunting, sport shooting, and self-defense. The difference between military and other uses depends on the context in which the firearm is used, not merely the features that a firearm has. For example, the technological advances of rifles over muskets make them more effective for both military operations and for hunting or self-defense.

74. The AR-15's characteristics and versatility make that rifle well-suited for a variety of lawful uses, including self-defense, hunting, land management and livestock protection, and sport shooting.

75. The AR-15 rifle is suitable for self-defense for the reasons discussed above. AR-15 rifles also enable homeowners to be prepared to defend themselves against a sustained threat, including by multiple assailants where a larger magazine capacity is necessary, especially in circumstances where police might be slower to arrive.

76. Beyond self-defense, AR-15s can be used for hunting, land management, and livestock protection. The AR-15's magazine capacity facilitates those lawful uses, for example, to defend sheep

or other livestock from coyotes, which generally hunt in packs. AR-15 ownership is common in rural areas for these reasons.

77. In my experience, AR-15 rifles are not marketed exclusively, or even primarily, to extremists, criminals, or civilians with aspirations to work in the military or as police. Like any product, manufacturers tend to market AR-15s in accordance with their common lawful uses, including self-defense, hunting, land management and livestock protection, and sport shooting. The examples of sensationalized marketing campaigns cited by the Defendants' expert Ryan Busse are the exception, not the rule.

## V. An AR-15 Is Not A Military-Issued Weapon

78. An AR-15 is not a military-issued weapon. Rifles issued by the United States military must be capable of fully or partially automatic fire. Fully or partially automatic fire is needed for certain battlefield tactics, including providing cover.

79. Military-issued weapons include the M16 and the M4. These rifles have the capability to shoot automatically or in three-round bursts—meaning the rifle will fire multiple bullets so long as the trigger is depressed. The general public generally cannot own these weapons.

80. Some military-issued weapons are squad-level weapons that are not for individual use. For example, an M240B machine gun is squad-level firearm operated by three individual soldiers: a machine gunner, assistant machine gunner, and ammunition bearer. For another example, an M249 light machine gun is the "squad automatic weapon," or SAW, that is operated by a single person often for suppressive fire that allows the squad to maneuver. Both the M240B and M249 are fully automatic firearms.

81. By comparison, a civilian semiautomatic rifle such as the AR-15 is widely owned by the general public and is not a military-issued weapon. Described above, an AR-15 does not have the automatic capabilities that military-issued weapons have; it will fire only once for every time the trigger

18

is depressed. Firing another bullet requires depressing the trigger again. The speed of firing, therefore, depends on how quickly the user can depress the trigger. The rates of fire for a military-issued weapon in automatic mode and a civilian semiautomatic firearm are very different. An M16 in automatic mode can fire up to 800 rounds per minute, and a M4 in automatic mode can fire up to 970 rounds per minute. A proficient AR-15 user can accurately fire 45 rounds per minute. A proficient user of a semiautomatic handgun can accurately fire at about the same rate.

82.     While it is not a military-issued weapon, a proficient user of an AR-15 will have developed skills that could carry over to military-issued weapons or for military or militia, police, or other combat situations. A proficient user of an AR-15 in Ukraine, for example, would not have to undergo extensive training to transition from using his or her personal AR-15 rifle to a military-issued weapon in the ongoing war there, if a military-issued weapon were available.

83.     Relatedly, if there were a shortage of military-issued weapons, an AR-15 could be used in combat zones. Because of the AR platform's standardized parts, standardized ammunition, detachable magazine, low cost, and adaptability, individuals called to militia service could add certain components to equip their rifle for military use. For example, a civilian in Ukraine with an individually owned AR-15 could attach military-issued equipment (*e.g.* night vision, a laser sighting devise, or a grenade launcher to fire flares, smoke canisters, or other munitions), to aid the military in national defense.

84.     I have personally trained and equipped civilians in other countries to use civilian rifles to fight against extremist groups.

## VI.  Proficiency

85.     Routine training with any firearm, including the AR-15, is necessary to maintain proficiency. Proficiency increases accuracy and safety with the firearm in a variety of applications, such as hunting, sport shooting, and self-defense. I disagree with Defendants' expert Phil Andrew that a user

can accurately fire an AR-15 "well beyond 100 yards with little skill development." Safety and accuracy with firearms at all distances requires training. And because handling firearms is a perishable skill, users must continue to train throughout their period of ownership.

86.     Cross-training for the military and other combat operations is important and common. Military units spend considerable time training their soldiers on array of tasks that fall outside an individual soldier's primary role. For example, riflemen frequently train on medical skills and radio communications. Cross-training allows each soldier to understand how his or her role fits into the bigger picture. And it allows a soldier to fill multiple roles if the need arises.

87.     I declare under penalty of perjury that the foregoing is true and correct.

Executed: March 13, 2023

Josh Newton