IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAVIER HERRERA, | ) | No. 23-cv-00532 |
| | ) | |
| Plaintiff, | ) | Hon. Lindsay C. Jenkins |
| | ) | |
| v. | ) | |
| | ) | |
| KWAME RAOUL, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**COUNTY DEFENDANTS' OPPOSED MOTION TO RESET
ORAL ARGUMENT DATE OF APRIL 6, 2023 PURSUANT TO FED. R. CIV . P 6(b)(1)**

Defendants, County of Cook, Toni Preckwinkle, Kimberly M. Foxx, and Thomas Dart, ("County Defendants") hereby move this Honorable Court to reset the oral argument date on Plaintiff's Motion for Preliminary Injunction set for April 6, 2023. County Defendants seek relief pursuant to Fed. R. Civ. P. 6. In support, the County Defendants state:

1. This case involves a Second Amendment challenge to laws regulating the purchase and possession of assault weapons. Plaintiff filed a complaint [ECF No. 1,] and motion for a preliminary injunction in January 2023 ("PI Motion") [ECF Nos. 4-5], challenging the constitutionality of the County Ordinance regulating assault weapons as well as an Illinois law and City of Chicago Ordinance that regulate the purchase, possession, and use of AR-15 semiautomatic rifles and high-capacity magazines. County Defendants' response to Plaintiff's motion for a preliminary injunction was filed on March 3, 2023. [ECF No. 54, 60.] This matter is now fully briefed. [ECF Nos. 4-5, 52, 54, 60-61, 63.]

2. The undersigned lead counsel for the County Defendants is responsible for this case including oral argument on the PI Motion. I will be traveling internationally from the evening of March 31, 2023 through April 15, 2023. These travel plans have been in place for several months

and predate the filing of this lawsuit. This court recently set the oral argument for April 6, 2023.[1] [ECF No. 65.] The undersigned consulted the travel itinerary and confirmed that she is unable to ensure a stable internet connection and location from which she could conduct the oral argument.

3. Upon discovery of the date conflict, the County Defendants immediately conferred with Plaintiff's counsel. Plaintiff's counsel agreed to advance the argument to a mutually agreed upon date of March 31, 2023. However, when the County Defendants conferred with the City Defendants and State Defendants, they were unavailable to argue the motion prior to the currently scheduled date. The City and State Defendants were amenable to moving the argument to the week of April 17, 2023[2] or the week of April 24, 2023.

4. While Plaintiff's counsel would agree to advance the oral argument, Plaintiff opposes moving the argument date back to the weeks of April 17, 2023 or April 24, 2023. As part of the meet and confer process, the County Defendants agreed to include the following statement of Plaintiff's counsel:

> Plaintiff opposes any further delay to the resolution of his motion, filed in January. Last week, counsel for Plaintiff offered earlier dates to accommodate counsel's travel, but Defendants' counsel rejected those dates. Counsel for Plaintiff is available on April 6, the date currently set for argument. Plaintiff would also not oppose another alternative that allows Plaintiff to obtain a decision on his motion without further delay, including by LR 40.4 reassignment. The parties in multiple related cases agree that reassignment to Judge Virginia M. Kendall would be appropriate. *See* ECF 41, 56, 58, 59; *see also Goldman v. Highland Park*, No. 1:22-cv-4774 (N.D. Ill.), ECF 90 (supplemental brief by Highland Park defendants explaining reassignment to Judge Kendall would be appropriate). Judge Kendall has already issued a reasoned opinion denying preliminary relief for related Second Amendment claims. *See Bevis v. City of Naperville*, No. 1:22-cv-4775, 2023 WL 2077392 (N.D. Ill. Feb. 17, 2023). While Plaintiff respectfully disagrees with the *Bevis* reasoning and has preserved those arguments in his brief, reassignment in light of that already-issued opinion would likely avoid further delays and would thus avoid these related cases proceeding along different tracks before different judges and different appeals. *See Smith v. Check-N-Go of Ill., Inc.*, 200 F.3d 511, 513 n.* (7th Cir. 1999).

5. The County Defendants do not agree that they rejected Plaintiff's proposed dates

---

[1] Counsel for the City Defendants is similarly unavailable the week of April 1 – 7.
[2] Counsel for the City and/or State Defendants is not available on April 20, 2023.

2

advancing the hearing as the County would have gladly advanced the argument prior to the scheduled travel dates. Unfortunately, counsel for the City and State Defendants were not mutually available. However, counsel for the County Defendants believes that all parties endeavored to work in good faith to find a mutually agreeable date.

6. This motion is not made to cause undue prejudice or delay to Plaintiff and this request is made in good faith based upon counsel's unavailability.

7. All parties are available for oral argument on the following dates: April 17, 2023, April 19, 2023, April 21, 2023, April 24, 2023, April 26, 2023, and April 28, 2023.[3]

Wherefore, the County Defendants respectfully request this Court strike the oral argument date of April 6, 2023 for Plaintiff's Motion for Preliminary Injunction and reset the argument to April 17, 2023, April 19, 2023, April 21, 2023, April 24, 2023, April 26, 2023, or April 28, 2023, and for whatever other and further relief this Court deems appropriate.

Dated March 27, 2023

Respectfully submitted,

KIMBERLY M. FOXX
State's Attorney of Cook County

*/s/Jessica M. Scheller*
Jessica M. Scheller
Division Chief – Advice, Business & Complex Litigation Division
Cook County Assistant State's Attorneys Office
50 W. Washington, 5th Floor
Chicago, Illinois 60602
(312) 603-6934]
Jessica.Scheller@cookcountyil.gov

---

[3] Plaintiffs' counsel provided argument availability subject to the stated objection to delaying the hearing.

## CERTIFICATE OF SERVICE

      I, Jessica Scheller, hereby certify that on March 27, 2023, I have caused a true and correct copy of the foregoing Motion to be sent via e-filing to all counsel of record in accordance with the rules regarding the electronic filing and service of documents.

<em>/s/ Jessica M. Scheller</em>

Cook County Assistant State's Attorney
50 W. Washington, 5th Floor
Chicago, Illinois 60602
(312) 603-6934