# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Javier Herrera

                        Plaintiff,

v.                                                   Case No.: 1:23−cv−00532
                                                        Honorable Lindsay C. Jenkins

Kwame Raoul, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 25, 2023:

      MINUTE entry before the Honorable Lindsay C. Jenkins: For the reasons stated in the Memorandum Opinion and Order, Plaintiff's motion for a temporary restraining order and for a preliminary injunction [4] is denied. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.