# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JAVIER HERRERA, *Plaintiff*, v. KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois, BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police, COOK COUNTY, a body politic and corporate, TONI PRECKWINKLE, in her official capacity County Board of Commissioners President, KIMBERLY M. FOXX, in her official capacity as Cook County State's Attorney, THOMAS J. DART, in his official capacity as Sheriff of Cook County, CITY OF CHICAGO, a body politic and corporate, DAVID O'NEAL BROWN, in his official capacity as Superintendent of Police for the Chicago Police Department, *Defendants*. | Case No. 1:23-cv-00532 Hon. Lindsay C. Jenkins |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff, Dr. Javier Herrera, respectfully submits this unopposed motion for leave to file an Amended Complaint. In support, Dr. Herrera states as follows:

1. On January 27, 2023, Dr. Herrera filed a complaint challenging Illinois, Cook County, and City of Chicago laws banning semiautomatic rifles and magazines. Doc. 1. The complaint also challenges the State's registration requirement. Doc. 1 ¶¶127-35. The complaint alleges that these laws violate the Second and Fourteenth Amendments. *See N.Y.S.R.P.A. v. Bruen*, 142 S. Ct. 2111 (2022).

2. Dr. Herrera also filed a motion for preliminary injunction on January 27, 2023, and that motion was fully briefed on March 14, 2023. Docs. 4, 5, 63.

3. On March 29, 2023, the State Defendants answered the complaint, and the County and City Defendants did the same on March 31, 2023. Docs. 68, 69, 70.

4. On April 25, 2023, this Court denied Dr. Herrera's motion for a preliminary injunction, Doc. 75, and Dr. Herrera appealed that denial, Doc. 77. On November 3, 2023, the Seventh Circuit affirmed this Court's denial order. *See Bevis v. City of Naperville*, 85 F.4th 1175, 1185 (7th Cir. 2023).

5. Because Dr. Herrera intended to file a petition for writ of certiorari at the Supreme Court, Dr. Herrera, the State, and the City asked that this Court stay proceedings, and this Court granted that request. Doc. 93. On July 2, 2024, the Supreme Court denied Dr. Herrera's petition. *Herrera v. Raoul*, No. 23-878 (U.S.).

6. On August 1, 2024, this Court set a status hearing for August 29, 2024, to set "responsive pleading deadline(s) and a fact discovery schedule." Doc. 97.

7. Dr. Herrera seeks leave to file an amended complaint before the entry of a fact discovery schedule in this matter. The proposed amended complaint includes updated factual allegations, including changes to clarify that Dr. Herrera's challenge is focused on his possession of weapons in the home. The proposed amended complaint also eliminates the registration claim against State Defendants based on factual developments that have occurred since January 2023.

8. "Leave to amend a complaint should 'be freely given when justice so requires.'" *Barry Aviation Inc. v. Land O'Lakes Mun. Airport Comm'n*, 377 F.3d 682, 687 (7th Cir. 2004) (quoting Fed. R. Civ. P. 15(a)). "A plaintiff … is the master of its complaint, and leave to amend should be freely given 'as long as amendments do not unfairly surprise or prejudice the defendant.'" *Line Constr. Benefit Fund v. Asomeo Env't Restoration Indus., LLC*, 688 F. Supp. 3d 727, 737 (N.D. Ill. 2023) (quoting *Toth v. USX Corp.*, 883 F.2d 1297, 1298 (7th Cir. 1989)).

9. Here, the proposed amended complaint will not unfairly surprise Defendants. On the contrary, the amended complaint removes an entire claim from the case. The "proper vehicle" for "dropping … claims" is a "Rule 15(a)" amended complaint. *Taylor v. Brown*, 787 F.3d 851, 857-58 (7th Cir. 2015); *see also Life Constr. Benefit Fund*, 688 F. Supp. 3d at 736-37. The other changes to the factual allegations narrow the focus of the complaint by clarifying that Dr. Herrera is focused on his ability to keep firearms in his home. The other changes also track the kinds of facts Dr. Herrera entered into the preliminary-injunction record and are therefore ones with which Defendants are already familiar.

10. Moreover, Dr. Herrera seeks leave "before discovery ha[s] begun," so there is "no prejudice to the defendants." *See Am. Nurses' Ass'n v. State of Ill.*, 783 F.2d 716, 728 (7th Cir. 1986); *cf. Feldman v. Am. Mem'l Life Ins. Co.*, 196 F.3d 783, 793 (7th Cir. 1999) (denying leave appropriate when leave was sought "after … close of discovery"). Dropping a claim will limit the scope of discovery for the parties and therefore promotes efficiency.

11. Dr. Herrera's counsel conferred with counsel for Defendants about this motion. Counsel for Defendants stated that they do not oppose this motion for leave to file an amended complaint. Dr. Herrera agrees that they will have 60 days to respond from the time of amendment.

12. Dr. Herrera's proposed amended complaint and a redline are attached to this motion.

WHEREFORE, Dr. Herrera respectfully requests leave to file the amended complaint.

Dated: August 13, 2024

Gene P. Hamilton*
AMERICA FIRST LEGAL FOUNDATION
300 Independence Avenue SE
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org

Gregory Abbott Bedell
GREGORY A. BEDELL, CHARTERED
33 North Dearborn Street, 10th Floor
Chicago, IL 60602
(312) 307-7558
gbedell@gabchartered.com

\*   *Admitted pro hac vice*

Respectfully submitted,

 */s/ Taylor A.R. Meehan*
Thomas R. McCarthy*
Jeffrey M. Harris*
Taylor A.R. Meehan (IL ARDC 6313481)
Gilbert C. Dickey*
C'Zar D. Bernstein*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
jeff@consovoymccarthy.com
taylor@consovoymccarthy.com
gilbert@consovoymccarthy.com
czar@consovoymccarthy.com

*Counsel for Plaintiff*

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 13, 2024, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email to counsel of record.

Dated: August 13, 2024                                                              */s/ Taylor A.R. Meehan*
                                                                                               Taylor A.R. Meehan