UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAVIER HERRERA,<br><br>*Plaintiff*,<br><br>v.<br><br>KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois, BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police, COOK COUNTY, a body politic and corporate, TONI PRECKWINKLE, in her official capacity as County Board of Commissioners President, KIMBERLY M. FOXX, in her official capacity as Cook County State's Attorney, THOMAS J. DART, in his official capacity as Sheriff of Cook County, CITY OF CHICAGO, a body politic and corporate, DAVID O'NEAL BROWN, in his official capacity as Superintendent of Police for the Chicago Police Department,<br><br>*Defendants*. | Case No. 1:23-cv-00532<br><br>Hon. Lindsay C. Jenkins |

## JOINT PROPOSED FACT DISCOVERY SCHEDULE

This Court ordered the parties "to propose an agreed fact discovery schedule by October 4, 2024." Doc. 102. Pursuant to that order, the parties jointly submit the following proposed fact discovery schedule:

Date for Rule 26(a)(1) disclosures: October 29, 2024.

First date by which to issue written discovery: November 12, 2024.

Fact discovery completion date: February 26, 2025.

The parties also anticipate further expert discovery, and that the date for the completion of expert discovery will extend beyond the date for fact discovery. The parties will confer about an expert discovery schedule and propose one at a future date.

| | |
|---|---|
| Dated: October 4, 2024 | Respectfully submitted, |
| | /s/ Gilbert Dickey |
| Gene P. Hamilton* | Thomas R. McCarthy* |
| AMERICA FIRST LEGAL FOUNDATION | Jeffrey M. Harris* |
| 300 Independence Avenue SE | Taylor A.R. Meehan (IL ARDC 6313481) |
| Washington, DC 20003 | Gilbert Dickey |
| (202) 964-3721 | C'Zar D. Bernstein* |
| gene.hamilton@aflegal.org | CONSOVOY MCCARTHY PLLC |
| | 1600 Wilson Blvd., Ste. 700 |
| Gregory Abbott Bedell | Arlington, VA 22209 |
| KNABE & BEDELL | (703) 243-9423 |
| 33 North Dearborn Street, 10th Floor | tom@consovoymccarthy.com |
| Chicago, IL 60602 | jeff@consovoymccarthy.com |
| (312) 977-9119 | taylor@consovoymccarthy.com |
| gbedell@kkbchicago.com | gilbert@consovoymccarthy.com |
| | czar@consovoymccarthy.com |

\*  *Admitted pro hac vice*

*Counsel for Plaintiff*

| | |
|---|---|
| ANDREW W. WORSECK | MARY B. RICHARDSON-LOWRY, |
| andrew.worseck@cityofchicago.org | Corporation Counsel for |
| WHITNEY G. WOODWARD | the City of Chicago |
| whitney.woodward@cityofchicago.org | |
| City of Chicago, | By: /s/ Andrew Worseck |
| Department of Law | Deputy Corporation Counsel |
| 2 North Lasalle Street, Suite 520 | |
| Chicago, Illinois 60602 | |
| (312) 744-7129 / 0260 / 7220 | |

*Attorneys for City Defendants*

KWAME RAOUL
Attorney General of Illinois

/s/ *Kathryn Hunt Muse*
Kathryn Hunt Muse, No. 6302614
Christopher G. Wells, No. 6304265
Office of the Attorney General
115 S. LaSalle Street, 31st Floor
Chicago, IL 60603
312-814-3000

Kathryn.Muse@ilag.gov
Christopher.Wells@ilag.gov

*Counsel for Attorney General Raoul and ISP Director Kelly*

KIMBERLY M. FOXX
*Cook County State's Attorney*

By *s/ Jessica M. Scheller*
Assistant State's Attorney
Deputy Chief, Civil Actions Bureau
Cook County State's Attorney's Office
Richard J. Daley Center
50 W. Washington, 5th Floor
Chicago, IL 60602
312-603-6934
Jessica.Scheller@cookcountysao.org

*Counsel for the County of Cook, President Toni Preckwinkle, Sheriff Thomas J. Dart, and State's Attorney Kimberly M. Foxx*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2024, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email to counsel of record.

Dated: October 4, 2024 　　　　　　　　　　　　　　　　*/s/ Gilbert Dickey*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Gilbert Dickey