# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JAVIER HERRERA, | |
| *Plaintiff*, | |
| v. | Case No. 1:23-cv-00532 |
| KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois, BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police, COOK COUNTY, a body politic and corporate, TONI PRECKWINKLE, in her official capacity as County Board of Commissioners President, EILEEN O'NEILL BURKE, in her official capacity as Cook County State's Attorney, THOMAS J. DART, in his official capacity as Sheriff of Cook County, CITY OF CHICAGO, a body politic and corporate, LARRY B. SNELLING, in his official capacity as Superintendent of Police for the Chicago Police Department, | Hon. Lindsay C. Jenkins |
| *Defendants*. | |

## JOINT STATUS REPORT ON DISCOVERY

This Court ordered the parties to "file a joint status report by February 12, 2025, that explains whether fact discovery will close on time and if so, propose an expert discovery schedule." Doc. 106. Pursuant to that order, the parties jointly state that discovery is ongoing and cannot be completed on time. The parties are in the process of completing written fact discovery and document production. Although some depositions have been noticed, the availability of the parties and their witnesses this month is such that they would require more time after February 26, 2025, to complete all depositions and remaining fact discovery.

After conferring, the Plaintiff and the State and City Defendants also agree that a stay of all discovery proceedings is warranted given the pending appeal in *Barnett v. Raoul*, No. 24-3060 (7th Cir.).

The questions presented in *Barnett* overlap significantly with Plaintiff's claims. The parties therefore anticipate that the Seventh Circuit's decision will significantly impact the resolution of Plaintiff's claims in this Court. Specifically, the Plaintiff and the State and City Defendants believe that the decision in *Barnett* could obviate the need for further or extended discovery in this case and allow the parties to expeditiously resolve the case through dispositive motions. Judicial economy therefore counsels in favor of a stay of discovery.

Accordingly, the Plaintiff and the State and City Defendants respectfully request a stay of discovery pending the Seventh Circuit's decision in *Barnett*. To ensure the efficient disposition of the case, the Plaintiff and the State and City Defendants respectfully request that the Court order the parties to file a joint status report within seven days of the publication of the Seventh Circuit's decision. The joint status report will state whether at least one party aligned with the prevailing party in *Barnett* will file a dispositive motion within 30 days after publication of the *Barnett* decision. If no party intends to file a dispositive motion within that time, the Plaintiff and the State and City Defendants further respectfully request that the Court order the parties to file a joint status report within fourteen days of the publication of the Seventh Circuit's decision proposing a schedule for further discovery, if necessary, and dispositive motion practice.

Should the Court instead order that the parties continue discovering facts while the *Barnett* appeal is pending, the parties respectfully request that the Court move the deadline for the close of fact discovery from February 26, 2025, to April 2, 2025.

The County Defendants do not concur with the need to stay discovery and do not join the request to stay this matter pending *Barnett* at this time. Instead, the County Defendants request an extension of the fact discovery deadline to April 2, 2025 to allow the parties the necessary time to complete fact discovery.

Dated: February 12, 2025

Gregory Abbott Bedell
GREGORY A. BEDELL, CHARTERED
33 North Dearborn Street, 10th Floor
Chicago, IL 60602
(312) 977-9119
gbedell@gabchartered.com

\*   *Admitted pro hac vice*

Respectfully submitted,

 */s/ Gilbert C. Dickey*
Thomas R. McCarthy\*
Jeffrey M. Harris\*
Taylor A.R. Meehan (IL ARDC 6313481)
Gilbert C. Dickey\*
C'Zar D. Bernstein\*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
jeff@consovoymccarthy.com
taylor@consovoymccarthy.com
gilbert@consovoymccarthy.com
czar@consovoymccarthy.com

*Counsel for Plaintiff*

MARY B. RICHARDSON-LOWRY,
Corporation Counsel for
 the City of Chicago

By: */s/ Andrew W. Worseck*
Deputy Corporation Counsel

ANDREW W. WORSECK
andrew.worseck@cityofchicago.org
EMILY A. VERNON
emily.vernon@cityofchicago.org
City of Chicago,
Department of Law
2 North Lasalle Street, Suite 520
Chicago, Illinois 60602
(312) 744-7129 / 4439

*Attorneys for City Defendants*

KWAME RAOUL
Attorney General of Illinois

/s/John Hazinski

John Hazinski
Christopher G. Wells
Office of the Attorney General
115 S. LaSalle Street, 31st Floor
Chicago, IL 60603
312-814-3000
John.Hazinski@ilag.gov
Christopher.Wells@ilag.gov

*Counsel for Attorney General Raoul and ISP Director Kelly*

KIMBERLY M. FOXX
*Cook County State's Attorney*

By *s/ Jessica Scheller*
Assistant State's Attorney
Deputy Chief, Civil Actions Bureau
Cook County State's Attorney's Office
Richard J. Daley Center
50 W. Washington, 5th Floor
Chicago, IL 60602
312-603-6934
Jessica.Scheller@cookcountysao.org

*Counsel for the County of Cook, President Toni Preckwinkle,*
*Sheriff Thomas J. Dart, and State's Attorney Eileen O'Neill Burke*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2025, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email to counsel of record.

Dated: February 12, 2025

*/s/ Gilbert C. Dickey*
Gilbert C. Dickey