**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JAVIER HERRERA,<br><br>*Plaintiff*,<br><br>v.<br><br>KWAME RAOUL, et al.,<br><br>*Defendants* | CASE NO. 1:23-CV-532<br><br>Hon. Lindsay C. Jenkins |

**MOTION TO WITHDRAW APPEARANCE OF**
**MICHAEL DING AS COUNSEL**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiff Javier Herrera and attorney Michael Ding respectfully request that this Court allow Mr. Ding to withdraw from representation of Plaintiff in the above-captioned matter. In support of this motion, counsel states as follows:

1. Attorney Michael Ding has accepted an offer for employment outside of America First Legal Foundation, so he will be unable to continue future participation in this matter.

2. Attorneys Taylor A.R. Meehan (lead attorney), Gilbert Dickey, C'Zar David Bernstein, Gregoy Abbott Bedell, Jeffrey Harris, Reed D. Rubinstein, Ryan T. Giannetti, and Thomas McCarthy will continue to represent Plaintiff in this case.

3. Mr. Ding's withdrawal will not delay any proceedings in this case.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order allowing Mr. Ding's withdrawal as counsel in this case.

Dated: March 7, 2025

Respectfully submitted,

/s/ *Michael Ding*

Michael Ding
Illinois Bar No. 612671
America First Legal Foundation
611 Pennsylvania Ave SE #231
Washington, DC 20003
Tel: (202) 964-3721
Michael.Ding@AFLegal.org

## Certificate Of Service

I hereby certify that on March 7, 2025, I electronically filed this motion with the Clerk of the Court by using the ECF system, which will send notification of such filing to all counsel of record. In accordance with Local Rule 5.9 and Fed. R. Civ. P. 5(b)(3), filing through the court's electronic case filing system constitutes adequate service of a true and accurate copy of the foregoing document.

Respectfully submitted,

/s/ *Michael Ding*
Michael Ding