IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JAVIER HERRERA, <br><br> Plaintiff, <br><br> v. <br><br> KWAME RAOUL et al., <br><br> Defendants. | No. 23 CV 532 <br> Hon. Lindsay C. Jenkins |

**JOINT STATUS REPORT**

The parties respectfully submit the following joint status report regarding the status of discovery:

1. On February 13, 2025, the Court set a revised fact discovery deadline of April 2, 2025, and ordered the parties to submit a joint status report by April 1 "confirm[ing] fact discovery has concluded" and "propos[ing] an expert discovery schedule." ECF 117.

2. The parties have worked diligently to complete fact discovery and expect it will be complete by April 2, 2025. The parties have completed Plaintiff's deposition and have exchanged document productions and written discovery responses. Responses to outstanding written discovery requests (Plaintiff's third set of interrogatories directed to the City Defendants and County Defendants, as well as State Defendants' requests for admission directed to Plaintiff) will be served on or before April 2.

3. With respect to expert discovery, the position of the State and City Defendants is that the Court should stay this litigation pending the Seventh Circuit's decision in *Barnett v. Raoul*, No. 24-3060. The State and City Defendants' reasons for granting a stay are set forth in their motion, filed contemporaneously with this status report. The County Defendants take no position

1

on the motion. Plaintiff opposes the motion for a stay. The parties have proposed a briefing schedule for the motion under which Plaintiff's response is due April 17, 2025.

    4.    The parties propose the following schedule for expert discovery in the event that the litigation is not stayed:

- Plaintiff shall disclose opening expert reports on or before June 2, 2025;
- Defendants shall disclose expert reports on or before August 1, 2025;
- Plaintiff shall disclose rebuttal expert reports on or before September 1, 2025;
- All parties shall complete expert depositions by October 31, 2025.

Dated: April 1, 2025                        Respectfully submitted,

*Counsel for Plaintiff:*

Reed D. Rubinstein*
Ryan Gianetti*
America First Legal Foundation
300 Independence Ave. Se
Washington, DC 20003
(301) 778-6679
Reed.Rubinstein@aflegal.org
Ryan.gianetti@aflegal.org

Gregory Abbott Bedell
33 North Dearborn Street
10th Floor
Chicago, IL 60602
(312) 977-9119
gbedell@gabchartered.com

/s/ Gilbert Dickey
Gilbert Dickey*
Taylor A. R. Meehan
C'Zar David Bernstein*
Jeffrey Harris*
Thomas McCarthy*
Consovoy McCarthy PLLC
1600 Wilson Blvd
Arlington, VA 22209
(703) 243-9423
gilbert@consovoymccarthy.com
taylor@consovoymccarthy.com
czar@consovoymccarthy.com
jeff@consovoymccarthy.com
tom@consovoymccarthy.com

*Counsel for Cook County Defendants:*

/s/ Edward Brener
Jessica Scheller
Edward Brener
Jessica Wasserman
Megan Honingford
Prathima Yeddanapudi
Office of the Cook County States Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-6934
jessica.scheller@cookcountysao.org
edward.brener@cookcountysao.org
jessica.wasserman@cookcountysao.org
megan.honingford@cookcountysao.org
prathima.yeddanapudi@cookcountysao.org

*Counsel for City of Chicago Defendants:*

/s/ Andrew Worseck
Andrew Worseck
Whitney Woodward
Emily Vernon
City of Chicago, Department of Law
2 North LaSalle Street
Suite 520
Chicago, IL 60602
(312) 744-7129
andrew.worseck@cityofchicago.org
whitney.woodward@cityofchicago.org
emily.vernon@cityofchicago.org

*Counsel for State Defendants:*

/s/ John Hazinski
Christopher G. Wells
John Hazinski
Michael Tresnowski
Office of the Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-3000
Christopher.Wells@ilag.gov
John.Hazinski@ilag.gov
Michael.Tresnowski@ilag.gov

*Admitted *pro hac vice*